THE PEOPLE OF THE STATE OF NEW YORK ex rel. AUGUSTUS C. TATE, Respondent, *v.* WILLIAM DALTON, as Commissioner of Water Supply of the Borough of Brooklyn, et al., Appellants.

*People ex rel. Tate* v. *Dalton,* 41 App. Div. 458, affirmed.
(Argued October 3, 1899; decided October 17, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 27, 1899, affirming an order of Special Term granting a peremptory writ of mandamus.

*John Whalen, Corporation Counsel (Theodore Connoly* and *William J. Carr* of counsel), for appellants.

*Joseph A. Burr* for respondent.

Order affirmed, with costs, on opinion below.
All concur.

---

HENRY P. McGOWN, JR., Respondent, *v.* MARY E. McGOWN (Appearing as MARY E. BELL), Appellant.

*McGown* v. *McGown,* 40 App. Div. 633, appeal dismissed.
(Submitted October 3, 1899; decided October 17, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 15, 1899, affirming an order of Special Term denying the petition of appellant for leave to apply for an order modifying a judgment of divorce as to the custody of a minor child.

*Henry W. Scott* for appellant.

*Charles Blandy* and *Henry P. McGown* for respondent.

Appeal dismissed, with costs; no opinion.
All concur.